UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: FOSAMAX PRODUCTS         )
LIABILITY LITIGATION,           )
                                )          SEP 2 ... ...
_____)
                                )       MDL NO. 1789
                                )       1:06-md-1789 (JFK)
This document relates to: ALL ACTIONS,  )
_____)

## CASE MANAGEMENT ORDER NO. 2
(APPOINTMENT OF PLAINTIFFS' LEAD COUNSEL, LIAISON COUNSEL,
EXECUTIVE COMMITTEE, AND STEERING COMMITTEE)

This matter has come before the Court for designation of Lead Counsel. Having met with

counsel for the several Plaintiffs and Defendant, IT IS HEREBY ORDERED as follows:

## I.   APPOINTMENT OF PLAINTIFFS' STEERING COMMITTEE AND EXECUTIVE COMMITTEE.

The Court designates the following counsel to act on behalf of Plaintiffs with respect to those

items enumerated in § II, *infra*.

### A.   Plaintiffs' Executive Committee.

The Court designates the following counsel as Plaintiffs' Executive Committee:

#### 1.   Lead Counsel.

Timothy M. O'Brien
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Ph: (850) 435-7084

#### 2.   Liaison Counsel.

Christopher A. Seeger
Seeger Weiss LLP
One William Street
New York, NY 10004
Ph: (212) 584-0700



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-25-06

### 3.    Coordinating Counsel.

Vance Andrus
Andrus, Boudreaux, Lemoine & Tonore
1775 Sherman Street
Denver, CO 80203
Ph: (303) 376-6360

Russel H. Beatie
Beatie & Osborn LLP
34th Floor
521 5th Avenue
New York, NY 10175
Ph: (212) 888-9000

## B.    Plaintiffs' Steering Committee.

The Court designates the following counsel as Plaintiffs' Steering Committee:

Louis Battista
Krupnick, Campbell, Malone, et al.
700 S.E. Third Avenue, Suite 100
Fort Lauderdale, FL 33316
Ph: (954) 763-8181

Annesley DeGaris
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Ph: (800) 852-6299

James Dugan, II
Murray Law Firm
Suite 2250, LL&E Tower
909 Poydras Street
New Orleans, LA 70112
Ph: (504) 525-8100

Bob Germany
Pittman, Germany, Roberts & Welsh, LLP
410 S President Street
Jackson, MS 39201
(601) 948-6200

Anthony Irpino
Irpino Law Firm
One Canal Place
365 Canal Street
Suite 2290
New Orleans, LA 70130
Ph: (504) 525-1500

Tina Nieves
Gancedo & Nieves
119 E. Union Street, Suite G
Pasadena, CA 91103
Ph: (626) 685-9800

Michelle Parfitt
Ashcraft & Gerel, LLP
Suite 400
2000 L Street, N.W.
Washington, D.C.
Ph: (202) 783-6400

Shelly Sanford
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, Texas 77002
Ph: (713) 650-0022

Jerry Taylor
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
Ph: (334) 269-2343

## II.   RESPONSIBILITIES OF PLAINTIFFS' STEERING COMMITTEE AND EXECUTIVE COMMITTEE.

The Plaintiffs' Steering Committee and Executive Committee shall have the following duties

and responsibilities:

### A.   Plaintiffs' Executive Committee.

-3-

The Plaintiffs' Executive Committee shall be responsible for coordinating the activities of Plaintiffs during pretrial proceedings and, in consultation with and with the assistance of the Plaintiffs' Steering Committee, shall: determine and present to the Court and opposing parties the position of the Plaintiffs on all coordinated matters arising during pretrial proceedings; coordinate the initiation and conduct of discovery for the common benefit of the Plaintiffs; enter into stipulations with opposing counsel necessary for the conduct of the coordinated pretrial proceedings; submit, where needed, additional committees and counsel for designation by the Court; and perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities. With the consultation and advice of the other members of the Plaintiff's Steering Committee, the Plaintiffs' Executive Committee shall make the decisions pertaining to these previously referenced matter. In the event that the Plaintiffs' Executive Committee is evenly split on any such issue, the tie shall be resolved by the vote of Lead Counsel.

The only person authorized to speak on behalf of and bind the Plaintiffs' Steering Committee shall be Lead Counsel, or, Liaison Counsel in his stead, or other members of the Plaintiffs' Executive Committee as expressly authorized by Lead Counsel.

**B.      Plaintiffs' Steering Committee.**

At the request of and under the supervision of the Plaintiffs' Executive Committee, the whole of the Plaintiffs' Steering Committee shall have the following responsibilities:

> (1)   Initiate, coordinate, and conduct all common benefit pretrial discovery on behalf of plaintiffs in all actions which are consolidated with the instant MDL.

> (2)   Develop and propose to the Court schedules for the commencement,

-4-

executions, and completion of all discovery on behalf of all plaintiffs.

(3)     Cause to be issued in the name of all plaintiffs the necessary discovery requests, motions, and subpoenas pertaining to any witnesses and documents needed to properly prepare for the pretrial of relevant issues found in the pleadings of this litigation.

(4)     Conduct all discovery in a coordinated and consolidated manner on behalf of and for the benefit of all MDL plaintiffs.

(5)     Examine witnesses and introduce evidence at hearings on behalf of plaintiffs.

(6)     Act as spokesperson for all plaintiffs at pretrial proceedings and in response to any inquiries by the Court.

(7)     Submit and argue any motions to the Court, and file any briefs in opposition to motions, on behalf of all plaintiffs, which involve matters with the sphere of the responsibilities of the Plaintiffs' Steering Committee.

(8)     Explore, develop, and pursue all settlement options pertaining to the common benefit of all plaintiffs.

(9)     Maintain adequate files of all pretrial matters, including establishing and maintaining a document depository, and having those documents available, under reasonable terms conditions, for examination by all MDL Plaintiffs or their attorneys.

(10)    Perform any task necessary and proper for the Plaintiffs' Steering Committee to accomplish its responsibilities as defined by the Court's orders, including organizing sub-committees comprised of plaintiffs' attorneys both on the

PSC and not on the PSC and assigning them tasks consistent with the duties

of the Plaintiffs' Steering Committee.

(11)     Perform such other functions as may be expressly authorized or directed by

further orders of this Court.

**IT IS SO ORDERED.**

\* \* \*

Dated: _September 25_ 2006

_____

JOHN F. KEENAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK