UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------X
In Re:                             :
                                   :   Case No.
FOSAMAX PRODUCTS LIABILITY         :
LITIGATION                         :   1:06-MD-1789 (JFK)
                                   :
-----------------------------------:
                                   :
This Document Relates to:          :
                                   :   SUGGESTION OF DEATH
BEN JACKSON v. NOVARTIS            :
PHARMACEUTICALS CORPORATION and    :
MERCK & CO., INC.                  X
[Case No. 3:07-cv-02958]
-----------------------------------
```

Counsel for plaintiff in the above-referenced action, hereby give notice of the death of plaintiff Ben Jackson.  Ben Jackson passed away at 2:45 p.m. on May 7, 2007 due to Metastatic Prostate Cancer.

In accordance with the Case Management Order entered in this case and Rule 25(a) of the Federal Rules of Civil procedure, Deborah Jackson, the personal representative of Ben Jackson's estate, will be substituted in this action so that Ben Jackson's claims survive and the action on his behalf may proceed.

Dated:   New York, New York
         August 23, 2007

BEATIE AND OSBORN LLP


By:    /s/ Russel H. Beatie
       Russel H. Beatie (RB 4439)
       Daniel A. Osborn (DO 2809)
       Philip J. Miller (PM 1149)
       521 Fifth Avenue, 34th Floor
       New York, New York  10175
       Telephone:  (212) 888-9000
       Facsimile:  (212) 888-9664

       THE POWELL LAW FIRM, L.C.
       269 South Beverly Drive
       Suite 1156
       Beverly Hills, CA 90212
       Telephone:  (888) 238-1998
       Facsimile:  (310) 388-1570

       LAW OFFICES OF JEFFREY C. BOGERT
       501 Colorado Boulevard
       Suite 208
       Santa Monica, CA 90401
       Telephone:  (310) 395-5025
       Facsimile:  (310) 395-5071

       *Attorneys for Plaintiff*
        Ben Jackson

## CERTIFICATE OF SERVICE

       I hereby certify that on the  23rd day of August, 2007, a true and correct copy of the foregoing Suggestion of Death filed on Behalf of Plaintiff Ben Jackson, will be served via electronic transmission to those persons identified as attorneys of record who are ECF registrants.

/S/
Russel H. Beatie
