UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------X
In Re:                              :
                                    :    Case No.
FOSAMAX PRODUCTS LIABILITY          :
LITIGATION                          :    1:06-MD-1789 (JFK)
                                    :
------------------------------------:
                                    :
This Document Relates to:           :
                                    :
CHERYL HENNEKEN v. NOVARTIS         :
PHARMACEUTICALS CORPORATION and     :
MERCK & CO., INC.,                  :
[Case No. 1:06-cv-14240-JFK]        :
------------------------------------X
```

**MOTION FOR SUBSTITUTION FILED ON BEHALF OF PLAINTIFF CHERYL ANN HENNEKEN**

The personal representative of Cheryl Ann Henneken moves the Court to substitute him as Plaintiff in this civil action as follows:

**Cheryl Ann Henneken:**

1. Cheryl Ann Henneken passed away on April 1, 2007. A Suggestion Of Death was filed on July 27, 2007 (DE 10).

2. Under New York law, the claim of Cheryl Ann Henneken survives to her personal representative.

3. Pursuant to Ms. Henneken's Last Will and Testament, her son, Ray Johnson, has been named the Executor of Ms. Henneken's estate.

4. Based on the foregoing, the Court should enter an order substituting Ray Johnson as the personal representative of the Estate of Cheryl Ann Henneken, deceased, in place and instead of Cheryl Ann Henneken.

Dated: New York, New York
October 23, 2007

                                BEATIE AND OSBORN LLP

                        By:   s/ Russel H. Beatie
                             Russel H. Beatie (RB 4439)
                             Daniel A. Osborn (DO 2809)
                             Philip J. Miller (PM 1149)
                             521 Fifth Avenue, 34th Floor
                             New York, New York  10175
                             Telephone: (212) 888-9000
                             Facsimile: (212) 888-9664

                             THE POWELL LAW FIRM, L.C.
                             269 South Beverly Drive
                             Suite 1156
                             Beverly Hills, CA 90212
                             Telephone: (888) 238-1998
                             Facsimile: (310) 388-1570

                             LAW OFFICES OF JEFFREY C. BOGERT
                             501 Colorado Boulevard
                             Suite 208
                             Santa Monica, CA 90401
                             Telephone: (310) 395-5025
                             Facsimile: (310) 395-5071

                             *Attorneys for Plaintiff*
                              Cheryl Ann Henneken

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2007, a true and correct copy of the foregoing **MOTION FOR SUBSTITUTION FILED ON BEHALF OF PLAINTIFF CHERYL ANN HENNEKEN**, will be served via electronic transmission to those persons identified as attorneys of record who are ECF registrants.

/s/
Russel H. Beatie