```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
IN RE:                                :
FOSAMAX PRODUCTS LIABILITY LITIGATION :    Master File No.
------------------------------------- :    06 MD 1789 (JFK)
This document relates to:             :
Sozan Abdelghani v. Merck & Co., Inc.,:         ORDER
No. 08 Civ. 3203 (JFK)                :
                                      :
Rosemond Carol Altamirano             :
v. Merck & Co., Inc.,                 :
No. 08 Civ. 3199 (JFK)                :
                                      :
Renate Attard v. Merck & Co., Inc.,   :
No. 06 Civ. 13440 (JFK)               :
                                      :
Jeanne Blackwood v. Merck & Co., Inc.,:
No. 08 Civ. 10479 (JFK)               :
                                      :
Charlette Burns v. Merck & Co., Inc., :
No. 08 Civ. 1803 (JFK)                :
                                      :
Florence Caliguire                    :
v. Merck & Co., Inc.,                 :
No. 11 Civ. 1731 (JFK)                :
                                      :
Sylvia Cohn v. Merck & Co., Inc.,     :
No. 06 Civ. 11454 (JFK)               :
                                      :
Cathey Hunter v. Merck & Co., Inc.,   :
No. 07 Civ. 9710 (JFK)                :
                                      :
Debra Kirtman v. Merck & Co., Inc.,   :
No. 07 Civ. 9710 (JFK)                :
                                      :
Delcie Thomas v. Merck & Co., Inc.,   :
No. 07 Civ. 9710 (JFK)                :
                                      :
Alfida Donastorg v. Merck & Co., Inc.,:
No. 08 Civ. 4108 (JFK)                :
                                      :
Jose Escobar v. Merck & Co., Inc.,    :
No. 08 Civ. 4104 (JFK)                :
                                      :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-13

```
Madeline P. Galluzzo                      :
v. Merck & Co., Inc.,                     :
No. 10 Civ. 4930 (JFK)                    :
                                          :
Claire Gilbert v. Merck & Co., Inc.,      :
No. 08 Civ. 10480 (JFK)                   :
                                          :
Geraldine Gilliam v. Merck & Co., Inc.,   :
No. 08 Civ. 3205 (JFK)                    :
                                          :
Harriett P. Groner                        :
v. Merck & Co., Inc.,                     :
No. 06 Civ. 11455 (JFK)                   :
                                          :
Stacy Grossman and Donald Grossman        :
v. Merck & Co., Inc.,                     :
No. 10 Civ. 8674 (JFK)                    :
                                          :
Mary Guyant v. Merck & Co., Inc.,         :
No. 07 Civ. 10471 (JFK)                   :
                                          :
Regina Horn v. Merck & Co., Inc.,         :
No. 08 Civ. 8073 (JFK)                    :
------------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

Defendant Merck has moved for dismissal of the above-captioned cases under Federal Rules of Civil Procedure 16(f), 37(b)(2), and 41(b) because these plaintiffs have failed to comply with the Court's Lone Pine Order. As explained below, the motion is granted.

In an Opinion and Order dated November 20, 2012, the Court entered a Lone Pine order as to plaintiffs who did not allege osteonecrosis of the jaw or osteomyelitis. The Court stated that "the failure to comply with the terms of this Order within the time periods prescribed by this Order may result in the

dismissal of the delinquent plaintiffs' actions with prejudice." (Opinion and Order of Nov. 20, 2013 at 12.) For the above-captioned plaintiffs, the Court required compliance by February 20, 2013. On March 13, 2013, the Court permitted these plaintiffs thirty additional days to comply. They have not done so. Accordingly, the above-captioned cases are dismissed with prejudice.

**SO ORDERED.**

Dated:    New York, New York
          May 10, 2013

                                    _____
                                    JOHN F. KEENAN
                                    United States District Judge