Theodore V. H. Mayer
William J. Beausoleil
Julia R. Zousmer
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck Sharp & Dohme Corp.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-16-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:                                                               :
Fosamax Products Liability Litigation      :       1:06-md-1789 (JFK)
-----------------------------------------------------------x
*This Document Relates to:*                         :
Virginia Mikels and Clyde Mikels            :
v. Merck & Co., Inc.                                   :
                                                                       :
Case No: 1:09-cv-07881-JFK                    :
-----------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs in the above-captioned case, Virginia Mikels and Clyde Mikels, and Defendant, Merck Sharp & Dohme Corp. (formerly known as Merck & Co., Inc.) ("Merck"), through their respective undersigned counsel, that this case is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). Each party is to bear its own costs and attorneys' fees.

Dated:

| | |
|---|---|
| DOUGLAS & LONDON, P.C. | HUGHES HUBBARD & REED LLP |
| By _____ | By _____ |
| Michael A. London | Theodore V. H. Mayer |
| 59 Maiden Lane, 6th Floor | William J. Beausoleil |
| New York, NY 10038 | Julia R. Zousmer |
| (212) 566-7500 | One Battery Park Plaza |
| | New York, New York 10004-1482 |
| | (212) 837-6000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Merck Sharp & Dohme Corp.* |

SO ORDERED: John F. Keenan   9/16/13
Hon. John F. Keenan