# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>Fosamax Products Liability Litigation<br>Robert Uhrey,<br><br>                                    Plaintiff,<br><br>v.<br><br>MERCK SHARP & DOHME CORP. (f/k/a MERCK & CO., INC.); and COBALT LABORATORIES, INC.,<br><br>                                    Defendants. | 1:06-md-1789 (JFK)<br><br>Case No.: 1:11-cv-03936-JFK<br><br> |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above-captioned case, Robert Uhrey, and Defendant Cobalt Laboratories, Inc., through their respective undersigned counsel, that this case is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) as to Defendant Cobalt Laboratories, Inc. only. Each party is to bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Seth S. Webb<br>Seth S. Webb, Esquire<br>**Brown and Crouppen, P.C.**<br>211 N. Broadway, Suite 1600<br>St. Louis, Missouri 63102<br>(314) 421-0216 Phone<br>(314) 421-0359 Facsimile<br>*Attorneys for Plaintiff* | /s/ Terry M. Henry<br>Terry M. Henry, Esquire<br>**BLANK ROME LLP**<br>*A Pennsylvania LLP*<br>One Logan Square, 130 N. 18th St.<br>Philadelphia, PA 19103-6998<br>(215) 569-5644 Phone<br>(215) 832-5644 Facsimile<br>*Attorneys for Defendant*<br>*Cobalt Laboratories, Inc.* |

136680.00650/50542626v.1

      */s/ David J. Heubeck*
David J. Heubeck, Esquire
**Venable LLP**
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
(410) 244-7731 Phone
(410) 244-7742 Facsimile
*Attorneys for Defendant*
*Merck Sharp & Dohme Corp.*

Dated: December 5, 2013

SO ORDERED: ___/s/ John F. Keenan___
HONORABLE JOHN F. KEENAN, U.S.D.J.

Dated: 12/9/13

136680.00650/50542626v.1