**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation   :
----------------------------------------------------------x
This Document Relates to:                :
                                                         :          1:06-md-1789 (JFK)
Harold Amick                                    :
v. Merck Sharp & Dohme Corp.       :
                                                         :
Case No: 08-cv-10344-JFK                :
----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-14
```

## SUGGESTION OF DEATH AND
## MOTION FOR SUBSTITUTION OF PLAINTIFF

Counsel for Plaintiff in the above referenced action, hereby gives notice of the death of Plaintiff Harold Amick. Mr. Amick passed away on January 19, 2013. See Certificate of Death attached as Exhibit A.

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Carolyn J. Gilman, Mr. Amick's surviving daughter should be substituted in this action so that Harold Amick's claims survive and the action on his behalf may proceed. See Affidavit For Collection of Small Estate attached as Exhibit B.

Dated: July 14, 2014

The application is granted.

SO ORDERED.

Dated: New York, N.Y.
            July 22, 2014

            /s/ John F. Keenan
            _____
            U.S.D.J.

Respectfully Submitted,

s/ Annesley H. DeGaris
_____
ANNESLEY H. DEGARIS
CORY WATSON CROWDER &
DEGARIS, P.C.
2131 Magnolia Avenue, STE 200
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
Email: adegaris@cwcd.com

*Attorney for Plaintiff*